UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK UNGER,

        Plaintiff,

                              Case Number 08-10250
v.                              Honorable Thomas L. Ludington

MICHIGAN DEPARTMENT OF
HUMAN SERVICES,

        Defendant.
_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION TO DISMISS AND DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT**

On February 5, 2009, Magistrate Judge R. Steven Whalen issued a report and recommendation that the Court grant Defendant's motion to dismiss because, inter alia, Plaintiff's claims are barred by the *Rooker-Feldman* doctrine and the doctrine of res judicata. None of the parties to this action filed objections to the report and recommendation. A party's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 21] is **ADOPTED**.

It is further **ORDERED** that Defendant's motion to dismiss [Dkt. # 15] is **GRANTED**.

Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                                    s/Thomas L. Ludington  
                                                    THOMAS L. LUDINGTON  
                                                    United States District Judge

Dated: February 24, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 24, 2009.

                                          s/Tracy A. Jacobs  
                                          TRACY A. JACOBS